Ludwig HAAS, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. February 18, 1924.) No. 243. In

Error to the District Court of the United States for the Eastern District of New York. William E. Kennedy, of New York City, for plaintiff in error. Ralph C. Greene, U. S. Atty., of Brooklyn, N. Y. (Wm. A. De Groot, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.